1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.:  ED 15-0001M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| LAURIANO ORNELAS-CARLON, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___EASTERN___ District of ___WASHINGTON___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (x)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:
    Background information unknown
    Bail resources unknown
    Alleged offense
    Criminal history
    Immigration status

1

1  and/or

2  B.    (x)    The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c).  This finding is based on the following:
6              Criminal history

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: January 5, 2015

*[signature]*

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

2